**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 03-6999**

—————

GARCIA PENA REYO RAUL M. MONTERO,

Plaintiff - Appellant,

versus

WILLIAM JEFFERSON CLINTON,

Defendant - Appellee.

—————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Chief District Judge. (CA-03-10-3-2-MU)

—————

Submitted: September 11, 2003      Decided: September 24, 2003

—————

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

—————

Dismissed by unpublished per curiam opinion.

—————

Manuel Raul Montero, Appellant Pro Se.

—————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Manuel Raul Montero seeks to appeal the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order in a civil case to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." Browder v. Dir., Dep't of Corr., 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)).

The district court's order was entered on the docket on March 18, 2003. Giving Montero the benefit of Fed. R. App. P. 4(c), the notice of appeal was filed on May 17, 2003. Because Montero failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2